Name and address
Keith G. Wileman, SBN 111225
kwileman@veatchfirm.com
VEATCH CARLSON, LLP
700 South Flower Street, 22nd Floor
Los Angeles, California 90017
(213) 381-2861 telephone
(213) 383-6370 facsimile

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVO PER LEI, a Nevada corporation, <br><br> Plaintiff(s) <br><br> v. <br><br> GADI BRUCHIM, an individual, WILLIAM FIKHMAN, an individual, AMAZON.COM <br><br> Defendant(s). | CASE NUMBER <br><br> CV 11-~~01567~~ VBF (JCGx) <br> 05169 <br><br> REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

William Fikhman   ☐ Plaintiff ☑ Defendant ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of Keith G. Wileman
                                                                    *New Attorney*

as attorney of record in place and stead of William Fikhman
                                                          *Present Attorney*

Dated August 30, 2011                    _____
                                         *Signature of Party/Authorized Representative of Party*

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated _____            _____
                                        *Signature of Present Attorney*

---

I am duly admitted to practice in this District pursuant to Local Rule 83-

Dated August 4, 2011                    _____
                                        *Signature of New Attorney*
                                        111225
                                        *State Bar Number*

---

If party requesting to appear Pro Se:

Dated _____            _____
                                        *Signature of Requesting Party*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY (G-01) ORDER*) ALONG WITH THIS REQUEST.**