Keith G. Wileman, Esq.
kwileman@veatchfirm.com
VEATCH CARLSON LLP
700 South Flower Street, Suite 2200
Telephone: (213) 381-2861
Facsimile:  (213) 383-6370

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| VIVO PER LEI, a Nevada Corporation,<br><br>Plaintiff(s)<br>v.<br><br>GADI BRUCHIM, an individual, WILLIAM FIKHAM, an individual, AMAZON.COM,<br><br>Defendant(s). | CV 11-05169 VBF (JCGx) |
| | ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

__WILLIAM FIKHAM__       ☐ Plaintiff   X Defendant   ☐ Other
*Name of Party*

to substitute __KEITH G. WILEMAN__ who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

__700 South Flower Street, Suite 2200__
*Street Address*

__Los Angeles, CA__                        __kwileman@veatchfirm.com__
*City, State, Zip*                          *E-Mail Address*

__(213) 381-2861__            __(213) 383-6370__            __111225__
*Telephone Number*            *Fax Number*                  *State Bar Number*

as attorney of record in place and stead of __WILLIAM FIKHAM__
                                            *Present Attorney*

**is hereby**   ☒ **GRANTED**    ☐ **DENIED**

                                            */s/ Terry Hatter/*

Dated  9/6/11
                                            U. S. District Judge

**NOTICE TO COUNSEL :** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.