1

VEATCH CARLSON, LLP
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
700 SOUTH FLOWER STREET, 22nd FLOOR
LOS ANGELES, CALIFORNIA 90017-4209
TELEPHONE (213) 381-2861
FACSIMILE (213) 383-6370

(SPACE BELOW FOR FILING STAMP ONLY)

2

3

4

5   **KEITH G. WILEMAN, State Bar No. 111225**
**XIAOYI YAO, State Bar No. 261290**
Attorneys for **Defendant, WILLIAM FIKHMAN**

6

7

8

9                    **UNITED STATES DISTRICT COURT**

10                  **CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| VIVO PER LEI, INC., a NEVADA corporation ) | **CASE NO.:          CV11-05169VBF(JCGX)** |
| Plaintiff,  ) | **REQUEST TO DISMISS FIRST AMENDED COMPLAINT** |
| vs.  ) | |
| GADI BRUCHIM, an individual, WILLIAM FIKHMAN, an individual, AMAZON.COM, INC., a Delaware Corporation, and Does 1-10, inclusive  ) | **DATE    :October 17, 2011**<br>**TIME    :1:30 p.m.**<br>**DEPT    :"9"** |
| Defendants.  ) | **COMPLAINT FILED  : 06/21/2011**<br>**TRIAL DATE        : NONE SET** |

12

13

14

15

16

17

18

19

20

21

22         Defendant WILLIAM FIKHMAN ("Defendant") filed a motion to dismiss the

23   First Amended Complaint of Plaintiff VIVO PER LEI, INC. ("Plaintiff") on September

24   13, 2011.  The hearing date is set for October 17, 2011.  Plaintiff's opposition or

25   statement of non-opposition was therefore due on September 26, 2011. *See* L.R. 7-9.

26   Plaintiff failed to file an opposition.

27        "The failure to file any required paper, or the failure to file it within the

28   deadline, may be deemed consent to the granting or denial of the motion." *C.D. Cal.*

*Local Rule* 7-12.  The Court should accordingly dismiss Plaintiff's First Amended Complaint with prejudice. *See, e.g., Pineda v. Bank of Am., N.A.*, 2011 U.S. Dist. LEXIS 104121,*1-2 (C.D. Cal. 2011) (dismissal with prejudice for failure to file opposition to motion to dismiss); *Drake v. Midland Mortg. Co.*, 2010 U.S. Dist. LEXIS 58130, *1-2 (C.D. Cal 2010) (same); *Forde v. Fed. Home Loan Mortg. Corp.*, 2010 U.S. Dist. LEXIS 47275, *1-2 (C.D. Cal. 2010) (same); *Contreras v. OneWest Bank*, 2009 U.S. Dist. LEXIS 11591, *1-3 (C.D. Cal 2009) (same).

DATED:        October 3, 2011                    Respectfully submitted,

                                                 **VEATCH CARLSON, LLP**

                                          By:____/s/Xiaoyi Yao_____
                                                 **KEITH G. WILEMAN**
                                                 **XIAOYI YAO**
                                                 Attorneys for **Defendant**
                                                 **WILLIAM FIKHMAN**

I:\WP\12638876\MTN-reply iso motion to dismiss.wpd

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify the following: I am over the age of 18 years and am not a party to the above-captioned action.  I am a registered user of the CM/ECF system for the United States District Court for the Southern District of California.

On October 4, 2011, I electronically filed the foregoing **REQUEST TO DISMISS FIRST AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system.  To the best of my knowledge, all counsel to be served in this action is registered CM/ECF users and will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/s/ Xiaoyi Yao
XIAOYI YAO, 261290

FIKHMAN'S REQUEST TO DISMISS FAC