VEATCH CARLSON, LLP
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
700 SOUTH FLOWER STREET, 22nd FLOOR
LOS ANGELES, CALIFORNIA 90017-4209
TELEPHONE (213) 381-2861
FACSIMILE (213) 383-6370

(SPACE BELOW FOR FILING STAMP ONLY)

**KEITH G. WILEMAN, State Bar No. 111225**
**XIAOYI YAO, State Bar No. 261290**
Attorneys for **Defendant, WILLIAM FIKHMAN**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVO PER LEI, INC., a NEVADA corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GADI BRUCHIM, an individual, WILLIAM FIKHMAN, an individual, AMAZON.COM, INC., a Delaware Corporation, and Does 1-10, inclusive<br><br>Defendants. | CASE NO. CV11-05169GW(JCGx)<br><br>**DEFENDANT WILLIAM FIKHMAN'S OBJECTION TO PLAINTIFF'S SUR-REPLY IN SUPPORT OF OPPOSITION TO PARTIAL MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>DATE : January 23, 2012<br>TIME : 8:30 a.m.<br>DEPT :"10"<br><br>COMPLAINT FILED : 06/21/2011<br>TRIAL DATE : NONE SET |

TO THE COURT:

On January 17, 2012, Plaintiff VIVO PER LEI, INC. ("Vivo") filed a sur-reply (Doc. #51) in support of its opposition to the partial motion to dismiss the third amended complaint of Defendant WILLIAM FIKHMAN ("Fikhman"). Under Local Rule 7-10, "Absent prior written order of the Court, the opposing party shall not file a response to the reply." Vivo did not obtain a prior written order of the Court. Fikhman therefore asks that Vivo's sur-reply (Doc. #51) be disregarded.

///

///

- 1 -
FIKHMAN'S OBJECTION TO SUR-REPLY

| | |
|---|---|
| DATED: January 18, 2012 | Respectfully submitted,<br><br>**VEATCH CARLSON, LLP**<br><br>By:    /s/Xiaoyi Yao<br>     **KEITH G. WILEMAN**<br>     **XIAOYI YAO**<br>     Attorneys for **Defendant**<br>     **WILLIAM FIKHMAN** |

I:\WP\12638876\MTN-OBJECTION TO SUR REPLY.wpd

**CERTIFICATE OF SERVICE**

I hereby certify the following: I am over the age of 18 years and am not a party to the above-captioned action. I am a registered user of the CM/ECF system for the United States District Court for the Central District of California.

On January 18, 2012, I electronically filed the foregoing **DEFENDANT WILLIAM FIKHMAN'S OBJECTION TO PLAINTIFF'S SUR-REPLY IN SUPPORT OF OPPOSITION TO PARTIAL MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system. To the best of my knowledge, all counsel to be served in this action is registered CM/ECF users and will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/s/ Xiaoyi Yao
XIAOYI YAO, 261290