**VEATCH CARLSON, LLP**
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
700 SOUTH FLOWER STREET, 22nd FLOOR
LOS ANGELES, CALIFORNIA 90017-4209
TELEPHONE (213) 381-2861
FACSIMILE (213) 383-6370

(SPACE BELOW FOR FILING STAMP ONLY)

**KEITH G. WILEMAN**, State Bar No. 111225
kwileman@veatchfirm.com
Attorneys for Defendant, **WILLIAM FIKHMAN**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVO PER LEI, INC., a NEVADA corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GADI BRUCHIM, an individual, WILLIAM FIKHMAN, an individual, AMAZON.COM, INC., a Delaware Corporation, and Does 1-10, inclusive<br><br>Defendants. | CASE NO.: 11-CV-05169 GW (JCGx)<br><br>**NOTICE TO THE COURT AND COUNSEL OF SETTLEMENT BY AND BETWEEN PLAINTIFF VIVO PER LEI AND DEFENDANT WILLIAM FIKHMAN**<br><br>COMPLAINT FILED : 06/21/2011<br>TRIAL DATE       : 01/19/2012 |

TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that a settlement has been negotiated by and between plaintiff Vivo Per Lei, Inc. and defendant William Fikhman. Said settlement includes a provision that Vivo Per Lei will not seek to recover any damages from defendant Amazon.com, Inc. by virtue of any sales made by William Fikhman on Amazon.com.

DATED: February 6, 2012

Respectfully submitted,

VEATCH CARLSON, LLP

By: _____
**KEITH G. WILEMAN**
Attorneys for Defendant,
**WILLIAM FIKHMAN**

## CERTIFICATE OF SERVICE

I hereby certify the following: I am over the age of 18 years and am not a party to the above-captioned action. I am a registered user of the CM/ECF system for the United States District Court for the Southern District of California.

On February 6, 2012, I electronically filed the foregoing **NOTICE OF SETTLEMENT BETWEEN VIVO PER LEI AND FIKHMAN** with the Clerk of the Court using the CM/ECF system. To the best of my knowledge, all counsel to be served in this action is registered CM/ECF users and will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Keith G. Wileman