Jeremy P. Smith (SB# 219066)
*jps@jpsfirm.com*
LAW OFFICES OF JEREMY P. SMITH
22287 Mulholland Hwy., Suite 348
Calabasas, California  91302
Phone: (818) 912-6259 • Fax: (818) 332-7069

Attorneys for Vivo Per Lei, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VIVO PER LEI, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>GADI BRUCHIM, et al,<br><br>Defendants. | CASE No.  CV11-05169-GW(JCGx)<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41** |

1  IT IS HEREBY STIPULATED by and between Plaintiff Vivo Per Lei, Inc.
2  and Defendant Gadi Bruchim, through their designated counsel that the above-
3  captioned action be and hereby is dismissed with prejudice as to Defendant William
4  Fikhman pursuant to FRCP 41(a)(1)(A)(ii).  The parties further agree that this Court
5  shall retain jurisdiction to enforce the Settlement Agreement in this case and any
6  dispute arising out of or related to the Settlement Agreement.

Dated:  October 8, 2012          LAW OFFICES OF JEREMY P. SMITH

By: _____
Jeremy P. Smith
Attorneys for  Plaintiff Vivo Per Lei, Inc.

Michael Harris concurs in this filing's content and has authorized this filing.

Dated:  October 8, 2012          SOCAL IP LAW GROUP, LLP

By: */Michael Harris/*_____
Michael Harris
Attorneys for Defendant Gadi Bruchim