JS-6

Jeremy P. Smith (SB# 219066)
*jps@jpsfirm.com*
LAW OFFICES OF JEREMY P. SMITH
22287 Mulholland Hwy., Suite 348
Calabasas, California  91302
Phone: (818) 912-6259 • Fax: (818) 332-7069

Attorneys for Vivo Per Lei, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VIVO PER LEI, INC., a California Corporation<br><br>       Plaintiff,<br><br>       v.<br><br>Gadi Bruchim, et al.<br><br>       Defendants. | CASE No.  CV11-05169-GW(JCGx)<br><br>**DISMISSAL OF GADI BRUCHIM**<br><br>Judge:       George H. Wu.<br>Magistrate:  Jay C. Gandhi |

1
2       Pursuant to the parties joint stipulation for dismissal of Gadi Bruchim, the Court hereby dismisses Gadi Bruchim for the above-captioned matter with prejudice. Each party shall bear its own costs.
3
4
5
6   Dated: October 12, 2012
7                                   Hon. George H. Wu
                                 United States District Judge